# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## JUDGMENT RENDERED APRIL 12, 2017

## NO. 03-17-00135-CV

**Marco Antonio Flores Parra, Appellant**

**v.**

**Bianey Dominguez, Appellee**

### APPEAL FROM THE 98TH DISTRICT COURT OF TRAVIS COUNTY
### BEFORE CHIEF JUSTICE ROSE, JUSTICES FIELD AND BOURLAND
### DISMISSED FOR WANT OF PROSECUTION -- OPINION BY CHIEF JUSTICE ROSE

Having reviewed the record, the Court holds that Marco Antonio Flores Parra has not prosecuted his appeal and did not comply with a notice from the Clerk of this Court. Therefore, the Court dismisses the appeal for want of prosecution. The appellant shall pay all costs relating to this appeal, both in this Court and in the court below.